PROB 12C
(6/16)

Report Date: May 31, 2019

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeremy S. Millard | Case Number: 0980 2:09CR00125-EFS-1 |
| Address of Offender: , Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 22, 2010

Original Offense: Possession With the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1)
Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months<br>TSR - 96 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: April 7, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 6, 2027 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1        **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: On May 28, 2019, Mr. Millard was in direct violation of standard condition # 6 by failing to report that he was staying at a new undisclosed address.

On April 10, 2019, the undersigned officer explained Mr. Millard's conditions of supervision to him and gave him a copy of his judgment. He signed the judgment and stated he understood his conditions.

On May 23, 2019, the undersigned officer called Mr. Millard to get an update regarding his job search. A message was left directing Mr. Millard to contact the undersigned, which he has failed to do. On May 28, 2019, the undersigned officer made an unannounced home contact at the approved residence. Mr. Millard's wife answered the door and stated she had not seen Mr. Millard since May 22, 2019.

On May 22, 2019, Mr. Millard was scheduled to report to his Washington State Department of Corrections (DOC) officer to supply a urine sample. He failed to report and did not return

to his residence. His wife informed this officer that Mr. Millard returned at a later date and had taken his clothes. She was not sure where he was, but stated she would call friends to see if she could track him down.

Mr. Millard contacted the undersigned officer later that day and provided the address of where he had been residing. Mr. Millard was reminded that he needed to notify this officer prior to any change in his residence.

2    **Special Condition # 17**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. The defendant shall contribute to the cost of treatment according to the defendant's ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Millard was in direct violation of special condition # 17 by failing to report for his scheduled treatment assessment on May 9 and 28, 2019.

On April 10, 2019, the undersigned officer explained Mr. Millard's conditions of supervision to him and gave him a copy of his judgment. He signed the judgment and stated he understood his conditions.

On May 9, 2019, Mr. Millard called the undersigned officer and stated he missed his assessment that day. Mr. Millard was verbally reprimanded and directed to attend his next appointment on May 21, 2019.

On May 17, 2019, the undersigned officer met with Mr. Millard at his residence and was informed that his assessment date had been changed to May 28, 2019. Mr. Millard was strongly encouraged to attend that appointment since he had missed the previous one.

On May 28, 2019, the undersigned officer was informed that Mr. Millard did not call or show up for his drug and alcohol assessment.

3    **Special Condition # 18**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Millard was in direct violation of special condition #18 by using methamphetamine.

On April 10, 2019, the undersigned officer explained Mr. Millard's conditions of supervision to him and gave him a copy of his judgment. He signed the judgment and stated he understood his conditions.

On May 29, 2019, Mr. Millard reported to the U.S. Probation Office. He was directly asked if he was struggling with any illegal substances. He reported he had used methamphetamine a few times. He then disclosed his last use was on May 28, 2019. He signed a drug use admission form disclosing he used methamphetamine.

Prob12C
Re: Millard, Jeremy S.
May 31, 2019
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/31/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea* (signature)

Signature of Judicial Officer

May 31, 2019

Date