# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: July 12, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2019

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jeremy S. Millard | Case Number: 0980 2:09CR00125-EFS-1 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 22, 2010

| | |
|---|---|
| Original Offense: | Possession With the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1)<br>Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: Prison - 120 months<br>TSR - 96 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: James A. Goeke | Date Supervision Commenced: April 7, 2019 |
| Defense Attorney: Colin G. Prince | Date Supervision Expires: April 6, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/31/2019 and 07/08/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #3**: The defendant shall answer truthful all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supportive Evidence**: Mr. Millard is in direct violation of standard condition 3 by failing to report as instructed to the U.S. Probation Office on July 8 and 9, 2019.<br><br>On April 10, 2019, the undersigned officer explained Mr. Millard's conditions of supervision to him and gave him a copy of his judgment. He signed the judgment and stated he understood his conditions.<br><br>On July 8, 2019, the undersigned officer notified Mr. Millard that he was to report to the U.S. Probation Office to supply a urine sample. Mr. Millard stated he would report to supply a urine sample, but was concerned that he may be arrested if he showed up.<br><br>Mr. Millard was also notified to report the next day, July 9, 2019, due to this officer being out of the office on July 8, 2019. Mr. Millard stated he would report both days. |

| | |
|---|---|
| | Mr. Millard failed to report for his urine sample on July 8, 2019, and failed to meet with this officer on July 9, 2019. |
| 8 | **Special Condition # 17**: Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. Defendant shall contribute to the cost of treatment according to the defendant's ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Millard is in direct violation of special condition 17 by failing to report for his scheduled treatment assessment on July 11, 2019.

On April 10, 2019, the undersigned officer explained Mr. Millard's conditions of supervision to him and gave him a copy of his judgment. He signed the judgment and stated he understood his conditions.

On July 1, 2019, the undersigned officer contacted Mr. Millard in order to discuss when his next assessment was scheduled. Mr. Millard stated his next assessment date was on July 11, 2019.

On July 11, 2019, the undersigned officer received information from Pioneer Health Services stating Mr. Millard did not show for his scheduled assessment appointment.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/12/2019

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

Prob12C
Re: Millard, Jeremy S.
July 12, 2019
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

July 31, 2019
Date