Report Date: July 31, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy S. Millard               Case Number: 0980 2:09CR00125-EFS-1

Address of Offender:                          , Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 22, 2010

| Original Offense: | Possession With the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
|---|---|---|
| Original Sentence: | Prison - 120 months TSR - 96 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: April 7, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: April 6, 2027 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 05/31/2019 and 07/08/2019, and 07/12/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |

**Supporting Evidence**: Mr. Millard was in direct violation of standard condition number 7 by being in possession of methamphetamine on July 30, 2019.

On April 10, 2019, the undersigned officer explained Mr. Millard's conditions of supervision to him and gave him a copy of his judgment. He signed the judgment and stated he understood his conditions.

On July 30, 2019, deputies with the U.S. Marshals Service reported that Mr. Millard was in a house and would not come out. Everyone else in the residence had exited and deputies were giving continued directives for Mr. Millard to evacuate the house. Deputies reported the offender remained in the house for approximately 10 minutes before exiting as directed.

The homeowners gave consent for the deputies to search the house. A backpack was located next to a couch in the residence. Mr. Millard admitted that it was his backpack. He gave

consent to search the backpack, and admitted to a methamphetamine pipe and baggies being in the backpack.

The deputies did not find a methamphetamine pipe, but did find a group of loose baggies. One of the baggies contained what appeared to be methamphetamine crystals.

On July 31, 2019, the undersigned officer field tested the contents of the baggie, which tested positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 07/31/2019 |
| | s/Joshua D. Schull |
| | Joshua D. Schull<br>U.S. Probation Officer |

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Edward F. Shea_

Signature of Judicial Officer

July 31, 2019

Date