PROB 12C
(6/16)

Report Date: July 8, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy S. Millard             Case Number: 0980 2:09CR00125-EFS-1

Address of Offender:                    Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 22, 2010

Original Offense:   Possession With the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1)
Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 120 months           Type of Supervision: Supervised Release
TSR - 96 months

Asst. U.S. Attorney:   James A. Goeke             Date Supervision Commenced: April 7, 2019

Defense Attorney:   Colin G. Prince               Date Supervision Expires: April 6, 2027

## PETITIONING THE COURT

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/31/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

4      **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 1, 2019, Mr. Millard was in direct violation of special condition number 18 by testing positive for methamphetamine.

On April 10, 2019, the undersigned officer explained Mr. Millard's conditions of supervision to him and gave him a copy of his judgment. He signed the judgment and stated he understood his conditions.

On July 1, 2019, Mr. Millard reported to the U.S. Probation Office as directed. He was informed he needed to supply a urine sample. Mr. Millard supplied a urine sample that tested presumptive positive for methamphetamine. He was given numerous chances to be honest with this officer regarding his drug use.

On July 5, 2019, the Alere Toxicology report came back showing the urine sample was positive for methamphetamine. This officer was informed of the positive test result on July 8, 2019.

Prob12C
Re: Millard, Jeremy S
July 8, 2019
Page 2

| | | |
|---|---|---|
| 5 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: On July 3, 2019, Mr. Millard was in direct violation of special condition 18 by failing to report as directed for his urinalysis testing.

On April 10, 2019, the undersigned officer explained Mr. Millard's conditions of supervision to him and gave him a copy of his judgment. He signed the judgment and stated he understood his conditions.

Due to Mr. Millard's recent drug use, he was directed to supply random urine samples at Pioneer Human Services (PHS). He was directed to call the urine hotline daily and to report to PHS if the color "BROWN 2" was called. On July 3, 2019, the color "BROWN 2" was called and Mr. Millard failed to report as directed.

On July 5, 2019, Mr. Millard was given a second opportunity to report to the U.S. Probation Office to supply a urine sample. He failed to report as directed and did not supply a urine sample.

6   **Standard Condition #3**: The defendant shall answer truthful all inquiries by the probation officer and follow the instructions of the probation officer.

**Supportive Evidence**: Mr. Millard is in direct violation of standard condition 3 by failing to report as instructed to the United States Probation Office on July 5, 2019.

On April 10, 2019, the undersigned officer explained Mr. Millard's conditions of supervision to him and gave him a copy of his judgment. He signed the judgment and stated he understood his conditions.

Due to Mr. Millard's failure to submit to random drug testing on July 3, 2019, he was directed to report to the U.S. Probation Office on July 5, 2019. The undersigned officer texted Mr. Millard and instructed him to report to the U.S. Probation Office that day. He replied stating he would report as instructed.

On July 5, 2019, Mr. Millard called and spoke to another U.S. probation officer (USPO) at 2 p.m. Mr. Millard confirmed that he would be reporting within the next hour. He never showed up and failed to report as instructed.

On July 5, 2019, the undersigned officer informed Mr. Millard that he failed to report as directed. Due to this, he was directed to report to the probation office by 8 a.m. on July 8, 2019. On July 5, 2019, Mr. Millard's wife called at 9 p.m. and left a message stating they would report to the office first thing on July 8, 2019. On July 8, 2019, the undersigned officer received information that Mr. Millard had failed to report by 8 a.m. as instructed.

Prob12C
**Re: Millard, Jeremy S**
**July 8, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/08/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

July 8, 2019

Date