PROB 12C
(6/16)

Report Date: December 10, 2020

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Jeremy S. Millard                              Case Number: 0980 2:09CR00125-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 22, 2010

| | |
|---|---|
| Original Offense: | Possession With the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 120 months    Type of Supervision: Supervised Release TSR - 96 months |
| Revocation Sentence (08/20/2019) | Prison- 6 months TSR- 90 months |
| Asst. U.S. Attorney: | Ann Wick    Date Supervision Commenced: January 28, 2020 |
| Defense Attorney: | Federal Defender's Office    Date Supervision Expires: July 27, 2027 |

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Millard allegedly was in violation of mandatory condition number 1 on December 9, 2020, by being indicted on charges of Conspiracy to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1)(b)(1)(B)(viii), and 846. |
| | On February 19, 2020, Mr. Millard was given a copy of his judgment and his conditions of supervision were explained to him. He indicated he fully understood his conditions. |
| | On December 9, 2020, the undersigned officer received a call from a Bureau of Alcohol Tobacco and Firearms (ATF) agent who stated that Mr. Millard was arrested for distribution of illegal drugs. |

Prob12C
**Re: Millard, Jeremy S**
**December 10, 2020**
**Page 2**

On December 10, 2020, the undersigned officer spoke to the Assistant United States Attorney's (AUSA) Office and was informed Mr. Millard had been indicted on the above-mentioned charge.

The indictment states the following: On or about July 15, 2020, the defendant, Jeremy Millard, along with other defendants, "did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown, to commit the following offense" Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), all in violation of 21 U.S.C. § 846.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/10/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

December 10, 2020
Date