PROB 12C
(6/16)

Report Date:  March 12, 2021

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2021

SEAN F. MCAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Jeremy S. Millard                Case Number: 0980 2:09CR00125-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 22, 2010

| | |
|---|---|
| Original Offense: | Possession With the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 120 months    Type of Supervision: Supervised Release TSR - 96 months |
| Revocation Sentence (08/20/2019) | Prison- 6 months TSR- 90 months |
| Asst. U.S. Attorney: | Patrick J. Cashman    Date Supervision Commenced: January 28, 2020 |
| Defense Attorney: | Frank Louis Cikutovich    Date Supervision Expires: July 27, 2027 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/10/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Millard has allegedly violated  mandatory condition number 1 by being charged with second degree theft in the Spokane County Superior Court. The case number is 21-1-10221-32.

On February 19, 2020, Mr. Millard was given a copy of his judgment and his conditions of supervision were explained to him. He indicated he fully understood his conditions.

On March 11, 2021, an issuance of a warrant from Spokane County Superior Court was filed and executed on Mr. Millard. Spokane Superior Court is charging Mr. Millard with second degree theft, which is a Class C Felony.

Prob12C
**Re: Millard, Jeremy**
**March 12, 2021**
**Page 2**

Spokane police report, case number 2020-20124722, references the alleged theft which originally took place on July 18, 2020. It is alleged that on July 18, 2020, an employee from Advantage Locksmith reported to a residence to create a key/fob for a vehicle. He parked his vehicle in the alley while he assisted a male and female customer.

Once his work was completed, the employee returned to his vehicle and noticed his Auto Pro Pad X re-keying tool was missing. He contacted the female customer and asked to have contact with her male counterpart. He also specifically asked to look inside their vehicle for his missing tool. The female told the employee that the male had left, but would be coming back soon to speak to him. However, the male never returned. The employee then reported the theft to crime check.

On December 14, 2020, the Bureau of Alcohol, Tobacco, and Firearms (ATF) and a task force officer (TFO) executed a federal search warrant on a 2005 BMW. This search warrant stemmed from an investigation leading to an indictment of Mr. Millard. During the search, a Pro Pad X re-keying tool was located in the trunk of Mr. Millard's BMW. The ATF agent later reviewed Spokane Police Department incident report number 2020-20124722 and found this item was consistent with an item listed as stolen in that report.

Mr. Millard's wife verified to police that the BMW belonged to both her and Mr. Millard. During the search of the vehicle, a chain with a tag bearing the name "Jeremy" was found, along with a letter written and addressed to Mr. Millard. A Camas rewards card bearing identification number 12592 and the name "Jeremy Millard" was also located in the car. In addition, a Camas card with the same identification number and name was located in Mr. Millard's pocket when he was arrested on the new federal charges.

An officer contacted the owner of Advantage Locksmith and verified that the stolen Auto Pro Pad X re-keying tool was originally purchased from a colleague of his. The Advantage Locksmith owner was able to supply an invoice for this product. The officer contacted the colleague who looked up their invoice information and verified the Auto Pro Pad X re-keying tool as having the same serial number as the one found in Mr. Millard's trunk.

On March 10, 2021, Mr. Millard was formally charged with second degree theft in Spokane County Superior Court.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/12/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

**Prob12C**
**Re: Millard, Jeremy**
**March 12, 2021**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[ X]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the
       case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]   Other

_Edward F. Shea_
_____
Signature of Judicial Officer

March 15, 2021
_____
Date